DANIEL G. BODGEN
United States Attorney

ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00459-MMD-PAL |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND QUASH ARREST WARRANT AS TO FAWAD MIAN and SHAFAQ AHMED CHAUDRY |
| v. | |
| FAWAD MIAN, and, SHAFAQ AHMED CHAUDRY, | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby moves for leave to dismiss this case against FAWAD MIAN and SHAFAQ AHMED CHAUDRY. This case was filed on December 7, 2005 and an Arrest Warrant issued for SHAFAQ AHMED CHAUDRY on the same day. On May 25, 2007, an arrest warrant was obtained for FAWAD MIAN. The government has conducted various database checks, to include Accurint, DCS Amerifind System and TECS, using the identifiers of MIAN and CHAUDRY and has been unable to develop any additional leads as to their whereabouts.

/ / /

/ / /

1

WHEREFORE, the government hereby moves for leave to dismiss the Indictment in this matter against defendants FAWAD MIAN and SHAFAQ AHMED CHAUDRY with prejudice, and further requests that the Arrest Warrants for defendants FAWAD MIAN and SHAFAQ AHMED CHAUDRY be quashed.

Dated this 15th day of October, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson

ERIC JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-cr-00459-MMD-PAL |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| FAWAD MIAN, and, SHAFAQ AHMED CHAUDRY, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendants FAWAD MIAN and SHAFAQ AHMED CHAUDRY. It is further ordered that the Arrest Warrants for defendants FAWAD MIAN and SHAFAQ AHMED CHAUDRY be quashed.

Dated: October 16, 2013

_____
United States District Judge

3